UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO. 25-mj-00281 |
| MARKUS OCTAVIOUS HAM, | VIOLATIONS: |
| Defendant. | 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | 22 D.C. Code § 4503(a)(1), (b)(1) (Unlawful Possession of a Firearm (Crime of Violence)) |
| | 22 D.C. Code § 4514(a), (c)(1) (Possession of a Prohibited Weapon (Felony)) |
| | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 11, 2025, within the District of Columbia, **MARKUS OCTAVIOUS HAM**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT190214X, and in the Superior Court of the District of Columbia, Criminal Case Nos. 2001-FEL-006159, 2012-CF2-020993, and 2017-CF2-018549, did unlawfully and knowingly receive and possess

ammunition, that is, 9-millimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT TWO

On or about December 11, 2025, within the District of Columbia, **MARKUS OCTAVIOUS HAM**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT190214X, and in the Superior Court of the District of Columbia, Criminal Case Nos. 2001-FEL-006159, 2012-CF2-020993, and 2017-CF2-018549, including the following Crime of Violence as defined in 23 D.C. Code, Section 1331(4): Aggravated Assault, in District of Columbia Superior Court Case No. 2001-FEL-006159, owned, kept, and had within his possession and control, a privately made firearm consisting of a Polymer 80 receiver with no known manufacturer.

**(Unlawful Possession of a Firearm (Crime of Violence)**, in violation of 22 D.C. Code § 4503(a)(1), (b)(1) (2001 ed.))

## COUNT THREE

On or about December 11, 2025, within the District of Columbia, **MARKUS OCTAVIOUS HAM**, did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of 22 D.C. Code § 4514(a), (c)(1))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing

2

commission of the offense, including but not limited to a Ghost Gun Semi-automatic Polymer 80 pistol Model PF94DC with one (1) round of live ammunition in the chamber and fourteen (14) rounds of live ammunition inside the magazine plus an additional eleven (11) live rounds recovered.

  2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  (**Criminal Forfeiture**, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))

A TRUE BILL:

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

FOREPERSON.

By: *Christine M. Macey*
CHRISTINE M. MACEY
Assistant United States Attorney

3